STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
FRANK RIVIELLO, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Harvey R. Browne* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the
respondent.

October 26, 1964.

P. PAUL CAMPI, PLAINTIFF-PETITIONER, v. LOUIS R.
AIKINS, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Francis X. Kennelly* for the petitioner.

*Mr. John M. Pillsbury* for the respondents.